| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Evan J. Smith (SBN242352) <br> esmith@brodskysmith.com <br> Ryan P. Cardona (SBN302113) <br> rcardona@brodskysmith.com <br> Brodsky & Smith, LLC <br> 9595 Wilshire Boulevard, Suite 900 <br> Beverly Hills, CA 90212 <br> 877-534-2590 | | |
| ATTORNEY(S) FOR: Plaintiff Tannia Delapaz | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TANNIA DELAPAZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| NATIONAL TECHNICAL SYSTEMS, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for           TANNIA DELAPAZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TANNIA DELAPAZ | Plaintiff |
| NATIONAL TECHNICAL SYSTEMS, INC. | Defendant |

July 22, 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Tannia Delapaz