UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNIA DELAPAZ,<br><br>             Plaintiff,<br>vs.<br><br>NATIONAL TECHNICAL SYSTEMS, INC.,<br><br>             Defendant. | **Case No.: 2:20-cv-06502-PSG-KS**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND AND DISCHARGING ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**<br><br>Complaint Filed: July 22, 2020 |

Pursuant to the Joint Response to the Court's January 12, 2021 Order to Show Cause Re: Lack of Prosecution and Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

IT IS HEREBY ORDERED that:

1.) The Court's January 12, 2021 Order to Show to Show Cause Re: Lack of Prosecution is DISCHARGED; and

2.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to March 5, 2021

Dated:   January _____, 2021

_____
PHILLIP S. GUTIERREZ
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND AND DISCHARGING ORDER TO SHOW CAUSE RE LACK OF PROSECUTION