FILED
CLERK, U.S. DISTRICT COURT
1/15/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH    DEPUTY

LINK 12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNIA DELAPAZ,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>NATIONAL TECHNICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | **Case No.: 2:20-cv-06502-PSG-KS**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND AND DISCHARGING ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**<br><br>Complaint Filed:  July 22, 2020 |

　　　Pursuant to the Joint Response to the Court's January 12, 2021 Order to Show Cause Re: Lack of Prosecution and Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

　　　IT IS HEREBY ORDERED that:

　　　1.) The Court's January 12, 2021 Order to Show to Show Cause Re: Lack of Prosecution is DISCHARGED; and

　　　2.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to March 5, 2021

Dated:　January  15 , 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PHILLIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND
AND DISCHARGING ORDER TO SHOW CAUSE RE LACK OF PROSECUTION