**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tania Delapaz | CASE NUMBER |
| PLAINTIFF(S) | 2:20-cv-06502-PSG-KS |
| v. | |
| National Technical Systems, Inc. | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document  ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____1/19/21_____   Document Number(s):  13 _____

☐ Incorrect case number _____ was assigned to this ☐ action  ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this  ☐ action ☐ document . The correct magistrate judge's

  initials are: _____ .

☐ Case has been reassigned from   ☐ Judge ☐ Magistrate Judge  _____ to

  ☐ Judge ☐ Magistrate Judge  _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to  ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 19-03, the case

  has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number

  _____ has been reassigned to new case number _____ .

☐ Case title is corrected from  _____ to  _____

☐ Document has been re-numbered as document number  _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.

  The correct date is  _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number

  and judge's initials: _____

☒ Other:   Due to clerical error, the filed date should be reflected as 1/15/2021.

CLERK, U.S. DISTRICT COURT

Date: _____1/19/21_____      By: YVETTE LOUIS _____

                                     Deputy Clerk