FILED
CLERK, U.S. DISTRICT COURT

1/15/21

CENTRAL DISTRICT OF CALIFORNIA
BY:        WH        DEPUTY

LINK 12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TANNIA DELAPAZ,

Plaintiff,

vs.

NATIONAL TECHNICAL
SYSTEMS, INC.,

Defendant.

**Case No.: 2:20-cv-06502-PSG-KS**

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO EXTEND
DEFENDANT'S TIME TO
RESPOND AND DISCHARGING
ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION**

Complaint Filed:  July 22, 2020

Pursuant to the Joint Response to the Court's January 12, 2021 Order to Show Cause Re: Lack of Prosecution and Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

IT IS HEREBY ORDERED that:

1.) The Court's January 12, 2021 Order to Show to Show Cause Re: Lack of Prosecution is DISCHARGED; and

2.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to March 5, 2021

Dated:    January __15__, 2021

_____
PHILLIP S. GUTIERREZ
United States District Judge

-1-