1  Evan J. Smith, Esquire (SBN 242352)
   esmith@brodsky-smith.com
2  Ryan Cardona, Esquire (SBN 302113)
   rcardona@brodsky-smith.com
3  BRODSKY & SMITH, LLC
   9595 Wilshire Blvd., Ste. 900
4  Beverly Hills, CA 90212
   Telephone: (877) 534-2590
5  Facsimile:  (310) 247-0160

6  *Attorneys for Plaintiff*

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 TANNIA DELAPAZ,                    Case No.: 2:20-cv-06502-PSG-KS

11                                    **JOINT STIPULATION TO EXTEND
                                      DEFENDANT'S TIME TO**
12              Plaintiff,            **RESPOND**

13      vs.                          Complaint Filed:  July 22, 2020

14 NATIONAL TECHNICAL

15 SYSTEMS, INC.,

16

17              Defendant.

18

19      Plaintiff Tannia Delapaz ("Plaintiff") and Defendant National Technical

20 System (the "Defendant") (hereinafter, together with Plaintiff, the "Parties") by and

21 through their respective counsel of record hereby jointly stipulate as follows:

22      WHEREAS, Plaintiff filed her complaint in this matter was on July 22, 2020.

23 The Court issued a summons as to Defendant National Technical Systems, Inc. on

24 July 23, 2020;

25      WHEREAS, Defendant waived service on November 2, 2020, with an answer

26 due on January 4, 2021;

27      WHEREAS, the Parties thereafter began engaging in settlement negotiations;

28      WHEREAS, on January 14, 2021 the Parties submitted a stipulation to extend

                                    -1-

Defendant's time to respond by sixty (60) days to March 5, 2021, which was thereafter granted by the Court;

WHEREAS, the Parties have been engaged in settlement negotiations continued their settlement negotiations, which are ongoing, and have resulted in a site inspection of the facility at issue in this litigation by Plaintiff's expert witness, to analyze the facility's compliance with the Clean Water Act and the California General Industrial Stormwater Permit. Said inspection, took place on November 4, 2020;

WHEREAS, the Parties have held several significant technical settlement discussions regarding the technical issues related to Stormwater permit compliance and settlement parameters and continue to analyze the results of the aforementioned inspection to work towards a settlement, and believe that such a settlement is an achievable goal in the near future;

WHEREAS, the Parties believe that their time would best be spent working towards a [Proposed] Consent Decree to be submitted to the Court, and believe that they can do so within the next thirty (30) days;

THEREFORE, the Parties respectfully jointly stipulate that Defendant's time to respond to Plaintiff's Complaint be extended thirty (30) days to April 4, 2021.

Respectfully Submitted,

Dated: February 25, 2021

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith (SBN 242352)

*Attorneys for Plaintiff*

Dated: February 25, 2021

LAW OFFICES OF THOMAS P. SCHMIDT

By: _____

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thomas P. Schmidt

*Attorneys for Defendant*

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND