UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TANNIA DELAPAZ, | Case No.: 2:20-cv-06502-PSG-KS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND** |
| vs. | |
| NATIONAL TECHNICAL SYSTEMS, INC., | Complaint Filed: July 22, 2020 |
| Defendant. | |

Pursuant to the Joint Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

IT IS HEREBY ORDERED that:

1.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to April 4, 2021

Dated: January _____, 2021

_____
PHILLIP S. GUTIERREZ
United States District Judge