1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TANNIA DELAPAZ,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>NATIONAL TECHNICAL SYSTEMS, INC.,<br><br>　　　　　　Defendant. | **Case No.: 2:20-cv-06502-PSG-KS**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND**<br><br>Complaint Filed: July 22, 2020 |
|---|---|

　　　Pursuant to the Joint Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

　　　IT IS HEREBY ORDERED that:

　　　1.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to May 5, 2021

Dated:　April __, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge