```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                   4/6/21

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      WH         DEPUTY
```

link 18

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNIA DELAPAZ,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NATIONAL TECHNICAL SYSTEMS, INC.,<br><br>　　　　　　Defendant. | **Case No.: 2:20-cv-06502-PSG-KS**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND**<br><br>Complaint Filed: July 22, 2020 |

Pursuant to the Joint Stipulation to Extend Defendant's Time to Respond, and GOOD CAUSE having been shown, therefore:

IT IS HEREBY ORDERED that:

1.) Defendant's time to respond to Plaintiff's Complaint is EXTENDED to May 5, 2021

Dated:   April 6 , 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PHILLIP S. GUTIERREZ
　　　　　　　　　　　　　　　　United States District Judge