| | |
|---|---|
| 1 | Evan J. Smith, Esquire (SBN 242352) |
| 2 | esmith@brodsky-smith.com |
| | Ryan Cardona, Esquire (SBN 302113) |
| 3 | rcardona@brodsky-smith.com |
| | BRODSKY & SMITH |
| 4 | 9595 Wilshire Blvd., Ste. 900 |
| | Beverly Hills, CA 90212 |
| 5 | Telephone: (877) 534-2590 |
| | Facsimile:  (310) 247-0160 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNIA DELAPAZ, | **Case No.: 2:20-cv-06502-PSG-KS** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Complaint Filed:  July 22, 2020 |
| NATIONAL TECHNICAL SYSTEMS, INC., | |
| Defendant. | |

    The Parties have reached an agreement in principle to resolve the Action and intend to finalize a [Proposed] Consent Decree in the next 30 days.

    In accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent decree by the United States Department of Justice and the National and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day review period under 33 U.S.C. § 1365(c)).

    As such, the Parties intend to provide to the relevant government agencies copies of the [Proposed] Consent Decree after it has been executed as between the

Parties for the government agencies' requisite 45 day review and comment period. The Parties will inform the Court when such notice has been provided.

                                                Respectfully Submitted,

Dated: May 17, 2021                BRODSKY SMITH

                                                By: */s/ Evan J. Smith*
                                                Evan J. Smith (SBN 242352)
                                                *Attorneys for Plaintiff*