1  Evan J. Smith, Esquire (SBN 242352)
   esmith@brodskysmith.com
2  Ryan Cardona, Esquire (SBN 302113)
   rcardona@brodskysmith.com
3  BRODSKY SMITH
   9595 Wilshire Blvd., Ste. 900
4  Beverly Hills, CA 90212
   Telephone: (877) 534-2590
5  Facsimile:   (310) 247-0160

6  *Attorneys for Plaintiff*

7
                    UNITED STATES DISTRICT COURT
8
9                   CENTRAL DISTRICT OF CALIFORNIA

10  TANNIA DELAPAZ,                    **Case No. 2:20-cv-06502-PSG-KS**
11
                                       **NOTICE OF SIGNED [PROPOSED]
12              Plaintiff,             CONSENT DECREE AND 45-DAY
        vs.                            FEDERAL AGENCY REVIEW
13                                     PERIOD**

14  NATIONAL TECHNICAL                 Complaint Filed:  July 22, 2020
    SYSTEMS, INC.,
15
16              Defendant.

17

18      PLEASE TAKE NOTICE that pursuant to Local Rule 40-2 the parties in the
19  above captioned action have reached a settlement resolving all claims in this action.
20  The settlement is contingent upon the expiration of the federal agency 45-day review
21  period.[1]

22      PLEASE TAKE FURTHER NOTICE that, in accordance with federal law,
23  no judgment disposing of this action may be entered prior to 45 days following the
24  receipt of the proposed consent decree by the United States Department of Justice
25  and the National and Region IX offices of the United States Environmental
26  Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

-1-
NOTICE OF SIGNED [PROPOSED] CONSENT DECREE AND 45-DAY FEDERAL AGENCY REVIEW PERIOD

the court of the 45-day review period under 33 U.S.C. § 1365(c)).  Such notice was mailed by certified mail return receipt requested to the agencies on August 11, 2021.  If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.

      Should the Court require any additional information, the undersigned will provide it upon request.

Dated: August 11, 2021                          Respectfully Submitted,

                                                          BRODSKY SMITH

By: *s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire
esmith@brodskysmith.com
Ryan Cardona, Esquire
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*